UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENE COOK,

        Plaintiff,        Civil No. 05-60176

-v-        Honorable John Corbett O'Meara

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT

This action came before the Court, Honorable John Corbett O'Meara, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment be GRANTED and that Plaintiff's Motion for Summary Judgment be DENIED.

Dated: August 11, 2006        David Weaver, Clerk of Court

APPROVED:        s/William Barkholz
        Deputy Clerk

s/John Corbett O'Meara
U. S. District Judge